JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| CAROL FUSZARA, | Case No.: CV 20-904-DMG (SKx) |
| Plaintiff, | **ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [20]** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Based upon the parties' stipulation and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that the parties shall bear their own attorneys' fees and costs in this matter. All scheduled dates and deadlines are VACATED.

DATED: June 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28